No. D–436. IN RE DISBARMENT OF HOWARD. It is ordered that Charles P. Howard, Jr., of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, return-

able within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.